AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SHONTO PETE,

    Plaintiff,

v.

OFFICER JAMES JAY OLSEN and the CITY OF SPOKANE,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-54-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the City of Spokane pursuant to the Order Granting the City of Spokane's Motion for Summary Judgment entered on March 15, 2010, Ct Rec 38.

March 15, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas